FILED
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI

OCT 23 2015

DORIAN E. RAMIREZ, CLERK
BY

page 1 y 3

13-15-00092-CR

Dear Dorian E Ramirez,

Doc 1

I am following up on my pro se brief, that I attempt to file with the Court, but was file as "Non-Conformity pro brief" due to the document not been written in English. ON Case # 13-15-00092-CR Tr. Ct. No. CR-1935-14-D Style: Armando Loya VS The State of Texas.

The reason for my previous document not written in English, was that my first language is Spanish. and it is very difficult for me to comunicate in English. However, I have arrange someone to help me on writing and explaining to me what is been written.

So to the Court of Appeals 13th District of Texas. Let this document state for my records my attempt to file my pro se brief for the case stated above, on the day of 15th of October 2015.

Furthermore, I would like to add my reason for my filing of this document to be consider as follow. Upon my sentence, my paid attorney never advise that the DA had offered 3 year TDCJ. There was lots of misunderstanding between my attorney and I. My trust was placed in full to my attorney discretion. Due to my lack of knowledge of this new country I am living in. It was a huge transformation @ such a small period of time from to countries Mexico & U.S. Having say that and placing my full trust within my paid attorney. it was real easy for me to misunderstand critical information and offers within my Court case.

A.L. 10-15-2015

I would thus appeals to grant me the opportunity to make things right or to get the right to be heard.

However excepting my 5 year sentence as my responsibilities to my own actions I have served one year and within that year I have come to realize, how much my ignorant decision have affected not only me but those who I love the most, "My family" The tremendous responsibility of a father, husband, brother, son, and low but citizen. That my decision are base on my little knowlege of life and that many are there for me to learn throughout my life time. Which I have started to add a pice to the puzzel and have attented English classes and working on getting my G.E.D. so I can further comprehend any laws new and old, to make me a better citizen. Though this year I have also endure that I have alot to offer and alot as been lost. I have understand that one need to admit there faults, to grain strength or to simply move forward with a watchful eye. I ask the Court of Appeal to greatly consiter my appeal for a more reasonable sentence or to strongly consiter a time reduction. My family is in great need of my financial support as I am an clean to provide for my love one as well as my communities.

Furthermore, I would like to thanks you for reading and knowledging my document and I await a positive response. If some or any of my

A.L. 10-15-2015.

- document is file or written wrong, please due advice, for I will correct it
  God Bless

Armando Guerra Loya
Armando Loya     10-15-2015

My case was heard @ 206 District Court by District Judge Rose Reyna in Hidalgo County
My paid attorney had strongly advice that I would be granted probation due to not having any prior. With such words spoken and understood in such manner or transellate in such way. I placed my full trust on my attorney, which was a great mistake.